UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HARRISON MORGAN                                                                                     PLAINTIFF

v.                                                                      CIVIL ACTION NO. 3:12-CV-865-M

COMMONWEALTH COMPUTER RECYCLING et al.                                          DEFENDANTS

### MEMORANDUM OPINION

By Order entered April 29, 2013, this Court ordered Plaintiff to show cause why his lawsuit should not be dismissed for failure to pursue administrative relief with the EEOC within 30 days. Plaintiff was warned that failure to comply would result in dismissal of his case.

More than 30 days have passed, and Plaintiff has failed to respond to the Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:  June 10, 2013

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc:     Plaintiff, *pro se*
4414.009